**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-cr-80050-Cannon/Reinhart
_____

**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 853**

UNITED STATES OF AMERICA

vs.

MONFORT DESIR,

      Defendant.

_____/

FILED BY _____ D.C.

MAR 2 8 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about February 23, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**MONFORT DESIR,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## COUNT 2

On or about March 1, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**MONFORT DESIR,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## COUNT 3

On or about March 8, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**MONFORT DESIR,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## COUNT 4

On or about March 25, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**MONFORT DESIR,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## COUNT 5

On or about August 25, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

### MONFORT DESIR,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MONFORT DESIR**, has an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_Anthony W. Locoscio_ for
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_Shannon O'Shea Darsch_
SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

**CASE NO.:** 23-cr-80050-Cannon/Reinhart

v.

MONFORT DESIR

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/
                    Defendant.

**Superseding Case Information:**

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.   Interpreter: (Yes or No) No
     List language and/or dialect:

4.   This case will take   4   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                    (Check only one)
     I    ☑ 0 to  5 days                 ☐ Petty
     II   ☐ 6 to 10 days                 ☐ Minor
     III  ☐ 11 to 20 days                ☐ Misdemeanor
     IV   ☐ 21 to 60 days                ☑ Felony
     V    ☐ 61 days and over

6.   Has this case been previously filed in this District Court? (Yes or No) No
     If yes, Judge                        Case No.

7.   Has a complaint been filed in this matter? (Yes or No) No
     If yes, Magistrate Case No.

8.   Does this case relate to a previously filed matter in this District Court? (Yes or No) No
     If yes, Judge                        Case No.

9.   Defendant(s) in federal custody as of

10.  Defendant(s) in state custody as of

11.  Rule 20 from the            District of

12.  Is this a potential death penalty case? (Yes or No) No

13.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By:   _Shannon O'Shea Darsch_
      SHANNON O'SHEA DARSCH
      Assistant United States Attorney
      FLA Bar No.   68566

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**  Monfort Desir

**Case No:**  23-cr-80050-Cannon/Reinhart

Counts #: 1-5

Distribution of a Controlled Substance, to wit, fentanyl (Counts 1-5)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)

| | |
|---|---|
| * **Max. Term of Imprisonment:** | 20 Years |
| * **Max. Supervised Release:** | 3 years to life |
| * **Max. Fine:** | $1,000,000 |

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.